```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                   JONESBORO DIVISION
```

RAETTE JAQUES                                            Plaintiff

v.                         3:05CV00213 JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                 Defendant

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 8th day of September, 2006.

/s John F. Forster, Jr.<br>
UNITED STATES MAGISTRATE JUDGE